IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZACH JOHNSTON; BARBIE JOHNSTON; and ROES I-X,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE; INTERMOUNTAIN NORTH OGDEN CLINIC; MCKAY-DEE HOSPITAL; ASL COMMUNICATIONS; INSYNC INTERPRETERS; and ROES I-X,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:18-cv-00003-DN-DBP<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT:

(1) All of Plaintiffs' claims as to all Defendants and this action are DISMISSED with prejudice; and

(2) Judgment is entered in favor of Defendant ASL Communications and against Plaintiffs in the amount of $43,005.00 (the amount of Defendant ASL Communications's reasonable attorneys' fees in defending against Plaintiffs' claims under the Americans with Disabilities Act[1]).

Signed November 20, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Memorandum Decision and Order Granting in Part Motion for Attorneys' Fees, docket no. 124, filed Nov. 20, 2019.