IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZACH JOHNSTON; BARBIE JOHNSTON; and ROES I-X,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE; INTERMOUNTAIN NORTH OGDEN CLINIC; MCKAY-DEE HOSPITAL; ASL COMMUNICATIONS; INSYNC INTERPRETERS; and ROES I-X,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 1:18-cv-00003-DN-DBP<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT:

(1) Judgment is entered in favor of Defendant ASL Communications and against Plaintiffs' counsel, Jared Allebest, in the amount of $2,795.00 (the amount of Defendant ASL Communications's reasonable attorneys' fees awarded as sanctions against Jared Allebest[1]).

---

[1] Ruling & Order, docket no. 66, filed June 7, 2019; Ruling & Order, docket no. 71, filed June 28, 2019; Ruling & Order, docket no. 98, filed Sept. 11, 2019; Memorandum Decision and Order (1) Adopting Magistrate Judge's Ruling & Order, (2) Finding as Moot Motion to Stay, and (3) Awarding Fees and Costs to Defendants Against Plaintiffs' Counsel, docket no. 131, filed Nov. 20, 2019.

(2)     Judgment is entered in favor of Defendant Intermountain[2] and against Plaintiffs' counsel, Jared Allebest, in the amount of $25,783.12 (the amount of Defendant Intermountain's reasonable attorneys' fees and costs awarded as sanctions against Jared Allebest[3]).

Signed November 20, 2019.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

[2] "Intermountain" refers to Defendants Intermountain Healthcare, Intermountain North Ogden Clinic, and McKay-Dee Hospital. Plaintiffs' Second Amended Complaint identifies these entities as defendants. Second Amended Complaint, docket no. 51, filed Nov. 28, 2018. However, the correct name is IHC Health Services, Inc., of which the named entities are dbas.

[3] Ruling & Order, docket no. 66, filed June 7, 2019; Ruling & Order, docket no. 71, filed June 28, 2019; Ruling & Order, docket no. 98, filed Sept. 11, 2019; Memorandum Decision and Order (1) Adopting Magistrate Judge's Ruling & Order, (2) Finding as Moot Motion to Stay, and (3) Awarding Fees and Costs to Defendants Against Plaintiffs' Counsel, docket no. 131, filed Nov. 20, 2019.