FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**January 29, 2020**

Christopher M. Wolpert  
Clerk of Court

| | |
|---|---|
| ZACH JOHNSTON; BARBIE JOHNSTON, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ASL COMMUNICATIONS, <br><br> Defendant - Appellee, <br><br> and <br><br> INTERMOUNTAIN HEALTHCARE; INTERMOUNTAIN NORTH OGDEN CLINIC; McKAY- DEE HOSPITAL, <br><br> Defendants. | No. 19-4119 <br> (D.C. No. 1:18-CV-00003-DN-DBP) <br> (D. Utah) |

_____

**ORDER**
_____

This appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1. A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk