Douglas Gerrard, Esq.
Utah Bar No. 6388
GERRARD, COX LARSEN
2450 St. Rose Pkwy, Suite 200
Henderson, Nevada 89074
(702)796-4000

James E. Shapiro, Esq. *(Pro Hac Vice)*
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
(702) 318-5033

*Attorneys for ASL COMMUNICATION, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| ZACH JOHNSTON, an individual, BARBIE JOHNSTON, an individual, and Roes I-X, | **Case No. 1:18-cv-00003** |
| Plaintiff, | Judge David Nuffer |
| vs. | |
| INTERMOUNTAIN HEALTHCARE, an organization, INTERMOUNTAIN NORTH OGDEN CLINIC, an organization, ASL COMMUNICATIONS, an organization and ROES I-X, | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

FOR AND IN CONSIDERATION of compensation received from Jared Allebest, Esq., full satisfaction is hereby acknowledged of the Judgment entered in said action on November 20, 2019, in favor of Defendant AMERICAN SIGN LANGUAGE COMMUNICATION, LLC as against JARED ALLEBEST, ESQ., and I do hereby authorize and direct the clerk of the above-entitled Court to enter satisfaction of said Judgment. This satisfaction does ***not*** affect any of the other judgments entered in this action, including but not limited to, the Judgment entered in favor of Defendant AMERICAN SIGN LANGUAGE COMMUNICATION, LLC and against ZACH JOHNSTON and BARBIE JOHNSTON on November 20, 2019.

\ \ \

\ \ \

Dated this  19th  day of March, 2020.

                        SMITH & SHAPIRO, PLLC

                        */s/ James E. Shapiro*
                        James E. Shapiro, Esq.
                        3333 E. Serene Ave., Suite 130
                        Henderson, Nevada 89074
                        *Attorneys for ASL COMMUNICATION, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March  19th , 2020, I caused a true and correct copy of the foregoing **SATISFACTION OF JUDGMENT** to be served by ECF delivery to the following recipients:

Jared Allebest, Esq.
Jared@Allebest.com
8978 South Quarry Stone Way
Sandy, Utah 84094
*Attorney for Plaintiffs*

Christopher M. Glauser, Esq.
cglauser@mc2b.com
David C. Casteberry, Esq.
dcastleberry@mc2b.com
Manning Curtis Bradshaw & Bednar, PLLC
136 E. South Temple, Ste. 1300
Salt Lake City, Utah 84111
*Attorney for Defendants IHC Health Services, Inc.*

                        */s/ Jennifer A. Bidwell*
                        An employee of Smith & Shapiro, PLL